## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

V.                                    NO. 4:05CR00305-015 SWW

JERRY ALAN GRISSOM

### ORDER

Pending before the Court is defendant's pro se motion to be released from the remainder of the term of supervised release. The government has responded that it has no objection to defendant's motion, and the United States Probation Office has advised the Court that defendant has complied with the conditions of supervised release, successfully completed an outpatient substance abuse program, never tested positive for illegal substances, paid the special penalty assessment and submitted a DNA sample. Based on criteria for early termination, defendant is not eligible for early release from supervision due to his prior criminal history, substance abuse history and age. However, the Court is satisfied that termination of supervised release is warranted due to the conduct of the defendant and therefore finds that defendant's motion [doc #1179] should be and it is hereby **granted** in the interest of justice.

IT IS SO ORDERED that defendant's remaining term of supervised release previously imposed be, and it is hereby, terminated.

Dated this 2nd day of June 2011.

/s/Susan Webber Wright
United States District Judge